**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                Government,            :      23 CR. 678 (RMB)
                                                   :
   - against -                                    :      **ORDER**
                                                   :
                                                   :
REGINALD DAVIS,                                    :
TYRONE OLDYN,                                      :
                                                   :
               Defendant(s).             :
---------------------------------------------------------------x

The status conference scheduled for Wednesday, April 24, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: April 17, 2024
       New York, NY

                                                                         RICHARD M. BERMAN
                                                                          U.S.D.J.