**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                 :
              Government,      :      23 CR. 678 (RMB)
                 :
    - against -          :      **ORDER**
                 :
                 :
LNU,                 :
                 :
             Defendant.     :
------------------------------------------------------------------x

The status conference scheduled for Tuesday, July 23, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: July 17, 2024
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.