**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 678 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| FNU LNU, | : | |
| TYRONE OLDYN | : | |
| | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

The status conference scheduled for Tuesday, September 24, 2024 at 10:00 A.M. will take place in Courtroom 17B.

Dated: September 18, 2024
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.