UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
UNITED STATES OF AMERICA,
                              Government,

          - against -

FNU LNU,
TYRONE OLDYN,

                              Defendant(s).

------------------------------------------------- x

23 CR. 678 (RMB)

[~~PROPOSED~~] **ORDER TO WITHDRAW EBENEZER NG AS ATTORNEY**

The motion of Ebenezer Ng to withdraw as attorney in the above referenced action is granted.

IT IS HEREBY ORDERED that Ebenezer Ng be withdrawn as counsel for defendant Tyrone Oldyn in the above-referenced action.

IT IS SO ORDERED.

DATED: __10/30/24__             *Richard M. Berman*
                                          THE HONORABLE RICHARD M. BERMAN
                                          UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/24