**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                Government,         :       23 CR. 678 (RMB)
                                              :
       - against -                          :       **ORDER**
                                              :
                                              :
FNU LNU,                                      :
TYRONE OLDYN,                                 :
                                              :
                Defendant.           :
-------------------------------------------------------------x

The status conference scheduled for Tuesday, December 17, 2024 at 9:00 A.M. will take place in Courtroom 17B.

Dated: December 11, 2024
       New York, NY

                                                                      RICHARD M. BERMAN
                                                                            U.S.D.J.