

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, NY 10278

February 14, 2025

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>United States v. FNU LNU and Tyrone Oldyn</u>, 23 Cr. 678 (RMB)

Dear Judge Berman:

    In the above-captioned matter, the parties respectfully and jointly request that the status conference currently scheduled for February 19, 2025 be adjourned until April 15, 2025 at 10:00 a.m., in order for the parties to continue pretrial resolution negotiations. The parties consent to an exclusion of time under the Speedy Trial Act until April 15, 2025 and request that the Court enter an order excluding time.

        Respectfully submitted,

        MATTHEW PODOLSKY
        Acting United States Attorney

By:    /s/
        T. Josiah Pertz
        Assistant United States Attorney
        (212) 637-2246

SO ORDERED:

_____
Hon. Richard M. Berman
United States District Judge
Southern District of New York