

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

26 Federal Plaza, 37th Floor
New York, NY 10278

February 14, 2025

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    <u>United States v. FNU LNU and Tyrone Oldyn</u>, 23 Cr. 678 (RMB)

Dear Judge Berman:

    The Government respectfully writes with a scheduling update to the letter sent earlier today, based on new schedule information from the defense. In the above-captioned matter, the parties respectfully and jointly request that the status conference currently scheduled for February 19, 2025 be adjourned until **April 16, 2025 at 10:00 a.m.**, in order for the parties to continue pretrial resolution negotiations. The parties consent to an exclusion of time under the Speedy Trial Act until April 16, 2025 and request that the Court enter an order excluding time.

                                                     Respectfully submitted,

                                                     MATTHEW PODOLSKY
                                                     Acting United States Attorney

                           By:    /s/
                                    T. Josiah Pertz
                                    Assistant United States Attorney
                                    (212) 637-2246

SO ORDERED:

_____
Hon. Richard M. Berman
United States District Judge
Southern District of New York