UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                        -against-

FNU LNU,

                        Defendant.
------------------------------------------------------------X

**ORDER**

23 Cr 678 (RMB)

       WHEREAS, Defendant's guilty plea allocution was taken, on consent, before a United States Magistrate Judge on May 9, 2025;

       WHEREAS, upon review of the plea allocution transcript, this Court has determined that some additional discussion would be helpful;

       IT IS HEREBY ORDERED that a conference will be held on June 25, 2025 at 11:00 am in Courtroom 17 B, 500 Pearl Street, New York, New York.

Dated: New York, New York
         June 11, 2025

                                                       /s/ RMB
                                           RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/25