UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,       :   23 CR. 678 (RMB)
                                         :
     - against -                       :   **ORDER**
                                         :
                                         :
FNU LNU,                                 :
                                         :
                Defendant.       :
------------------------------------------------------------x

        The status conference scheduled for Wednesday, June 25, 2025 at 11:00 A.M. will take place in Courtroom 17B.


Dated: June 18, 2025
       New York, NY

                                                _____
                                                RICHARD M. BERMAN
                                                      U.S.D.J.