UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                              **ORDER**

           -against-                                                   23 **CR.** 678 (RMB)

FNU LNU,

                        Defendant.
-------------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on May 9, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, and the proceedings held before this Court on June 25, 2025;

IT IS HEREBY ORDERED that the guilty plea is accepted.

Dated: New York, New York
         June 25, 2025

                                                      RICHARD M. BERMAN, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/25