# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Roberto Finzi**
**Direct Dial:** +1 212 373 3311
**Email:** rfinzi@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

August 27, 2025

> Sentence is adjourned to 10/22/25 at 10:00 am. Defense submission is due 10/7/25. Government submission is due 10/14/25.
>
> SO ORDERED:
> Date: 9/2/25
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

**VIA ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

United States v. *FNU LNU*, 23-cr-678 (RMB)

Dear Judge Berman:

      We are CJA counsel to the defendant in the above-referenced matter, which is scheduled for sentencing on September 17, 2025 at 10:00 a.m. We write, with the government's consent, to seek a brief (approximately one month) adjournment of that sentencing date and of the due dates for the parties' sentencing submissions. Specifically, we request that the sentencing be scheduled for a date and time convenient to the Court and the parties on or after October 13, 2025; the defendant's sentencing submission be due two weeks before the new sentencing date; and the government's response be due one week before the new sentencing date. This request is based in part on our continuing efforts to gather medical records that we respectfully submit are relevant to sentencing.

Respectfully submitted,

*/s/ Roberto Finzi*

Roberto Finzi

cc: All counsel of record (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/25