**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 23 CR. 678 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| | : | |
| FNU LNU, | : | |
| | : | |
| Defendant. | : | |

-------------------------------------------------------------x

The sentencing scheduled for Wednesday, October 22, 2025 at 10:00 A.M. will take place in Courtroom 17B.

Dated: October 15, 2025
      New York, NY

                                        _____
                                            RICHARD M. BERMAN
                                                U.S.D.J.